# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANTHONY DEWAYNE McCLELLAND,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:07CV38-1-V

UNITED STATES OF AMERICA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2007, Order.

                                          Signed: April 2, 2007

                                          Frank G. Johns, Clerk
                                          United States District Court